880

No. 93–5172. FRANKLIN v. WITKOWSKI, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–5173. GREEN v. CHABAD JEWISH ORGANIZATION. C. A. 3d Cir. Certiorari denied.

No. 93–5174. KOCH v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. 

No. 93–5175. WOODS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–5176. CIECIERSKI v. AVONDALE SHIPYARDS, INC., ET AL. Ct. App. La., 4th Cir. Certiorari denied. 

No. 93–5177. CROZIER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 93–5178. DYKSTRA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 93–5179. TAYLOR v. JONES, SUPERINTENDENT, WASHINGTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–5181. WARD v. BERRY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5182. CHAPMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–5183. MALLON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 93–5184. OJUADE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 93–5185. MEDINA-ORTIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–5186. LAZENBY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–5187. PRUITT v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.